UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | No. 19-MJ-5169-JGD |
| ) | |
| JASON MONAST,   ) | |
| Defendant   ) | |

## AFFIDAVIT OF OUTSTANDING ARREST WARRANT
## PURSUANT TO FED. R. CRIM. P. 5(c)(3)

I, Lisa Crandall, Special Agent, Federal Bureau of Investigation, do hereby make oath before the Honorable Judith G. Dein, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one JASON MONAST issued by the United States District Court for the Middle District of Pennsylvania on or about June 6, 2019, for production and attempted production of child pornography, in violation of Title 18, United States Code, Section 2251(a) and (e), and enticement of a minor, in violation of Title 18, United States Code, Section 2422(b). I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

_____
Lisa Crandall
Special Agent
Federal Bureau of Investigations

Subscribed and sworn to before me this 6th day of June, 2019.

_____
The Honorable Judith G. Dein
United States Magistrate Judge

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
## Middle District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br><br>JASON MONAST<br>_____<br>*Defendant* | )<br>)<br>) Case No. 5:19 MJ 43<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jason Monast ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint

☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2251(a) and (e)   Production and Attempted Production of Child Pornography
18 U.S.C. § 2422(b)            Enticement of a Minor

Date: June 6, 2019

_____
*Issuing officer's signature*

City and state: Wilkes-Barre, Pennsylvania      Joseph F. Saporito, Jr., U.S. Magistrate Judge
*Printed name and title*

---

### Return

| | |
|---|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ . | |
| Date: _____ | _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |